UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Case No. 3:21-cv-30092-MGM <br> : |
| RIVETZ CORP., RIVETZ INTERNATIONAL SEZC, and STEVEN K. SPRAGUE, | : <br> : <br> : |
| Defendants. | : <br> : |

## MOTION FOR WITHRAWAL OF APPEARANCE

Plaintiff Securities and Exchange Commission respectfully moves this Court for an Order allowing Olivia S. Choe to withdraw her individual appearance as counsel pursuant to Local Rule 83.5.2(c)(1). Ms. Choe has accepted other employment, and her last day of work at the Commission will be June 28, 2024. The Commission will continue to be represented by successor counsel Damon W. Taaffe, Christopher Carney, and Derek Bentsen.

A proposed order is filed herewith.

Dated: June 21, 2024                   Respectfully submitted,

                                          /s/ *Damon W. Taaffe*
                                          Damon W. Taaffe
                                          U.S. Securities and Exchange Commission
                                          Division of Enforcement
                                          100 F Street, N.E.
                                          Washington, DC 20549
                                          (202) 551-7420
                                          taaffed@SEC.gov

                                          Attorney for Plaintiff
                                          U.S. Securities and Exchange Commission

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              :
SECURITIES AND EXCHANGE COMMISSION, :
                                              :
         Plaintiff,            :
                                              :
        v.                      :   Case No. 3:21-cv-30092-MGM
                                              :
RIVETZ CORP., RIVETZ INTERNATIONAL  :
SEZC, and STEVEN K. SPRAGUE,        :
                                              :
        Defendants.        :
_____ :

**[PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL**

Upon Plaintiff Securities and Exchange Commission's motion, IT IS HEREBY ORDERED that the request to withdraw Olivia S. Choe as counsel for Plaintiff is granted, and Olivia S. Choe's appearance is withdrawn as of the date of this Order.

SO ORDERED.

Dated: _____            _____
                                                               Honorable Mark G. Mastroianni
                                                                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, a copy of the Commission's motion was sent via e-mail to the following:

>Steven K. Sprague, *pro se*
>steven@sprague.com

>/s/ Damon W. Taaffe
>Damon W. Taaffe