## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION )
                                    )
    Plaintiff                      )        Case No. 3:21-cv-30092- MGM
                                     )
v.                                 )
RIVETZ CORP. RIVETZ INTERNATIONAL    )
SEZC, and STEVEN K. SPRAGUE        )
                                   )
    Defendants                  )
                                   )

## NOTICE OF APPEAL

### May 7, 2025

Notice is hereby given that Rivetz Corp. Rivetz Intl Sezc, and Steven K. Sprague (collectively, the "Defendants" in the above-captioned case), hereby appeal to the **United States Court of Appeals for the First Circuit** from the final judgment entered by this Court on March 10, 2025, granting summary judgment in favor of the Plaintiff, Securities and Exchange Commission, and any and all orders, rulings, and opinions that merge into or precede that final judgment.

This Notice of Appeal is timely filed pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, as the United States is a party to this action.

                              Respectfully Submitted,
                              The Defendants,
                              by their Attorney,

                              Kevin J. Kilduff, Esq.
                              Law Offices of Kevin Kilduff, P.C.
                              62 Derby Street, Unit 13
                              Hingham, MA 02043
                              Tel: 781-385-7810
                              Fax: 781-735-0793
                              Email: kkilduff@kilduff.law

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, this Notice of Appeal was served via email upon Plaintiff's attorney of record via first-class mail to the address below and at the email address set forth below:

U.S. Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, DC 20549
(202) 551-7420
Attn:  Damon W. Taaffe, Esq.
taaffed@SEC.gov
Attorney for Plaintiff U.S. Securities and Exchange
Commission

Kevin J. Kilduff, Esq.
Law Offices of Kevin Kilduff, P.C.
62 Derby Street, Unit 13
Hingham, MA 02043
Tel: 781-385-7810
Fax: 781-735-0793
Email: kkilduff@kilduff.law

Dated: May 7, 2025